# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; HOUSE OF CASH, INC.; RICK SPRINGFIELD MUSIC; BREW MUSIC COMPANY; LEE MENDELSON FILM PRODUCTIONS, INC.; WARNER-TAMERLANE PUBLISHING CORP.; ELEKSYLUM MUSIC, INC.; NO SURRENDER MUSIC, a division of PRAXIS INTERNATIONAL COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRNL, LLC d/b/a TIN ROOST, BRANDON PRATT, JOE SELIX, LANE SHEWMAKER, and BRIAN J. FLYNN, each individually, <br><br> Defendants. | Civil Action No. _____ <br><br><br><br><br><br><br><br><br><br> **COMLAINT FOR COPYRIGHT INFRINGEMENT** |

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of Delaware. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in 22.4 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff House of Cash, Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

6. Plaintiff Rick Springfield Music is a sole proprietorship by which Richard Lewis Springthorpe does business. This Plaintiff is a copyright owner of at least one of the songs in this matter.

7. Plaintiff Brew Music Company is a sole proprietorship by which Donald G. Brewer does business. This Plaintiff is a copyright owner of at least one of the songs in this matter.

8. Plaintiff Lee Mendelson Film Productions, Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

9. Plaintiff Warner-Tamerlane Publishing Corp. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

10. Plaintiff Eleksylum Music, Inc. is corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

11. Plaintiff No Surrender Music is a division of Praxis International Communications, Inc. This Plaintiff is a copyright owner of at least one of the songs in this matter.

12. Defendant TRNL, LLC is a limited liability company organized and existing under the laws of the state of Iowa, which operates, maintains and controls an establishment known as Tin Roost, located at 840 W. Penn Street, North Liberty, IA  52317, in this district (the "Establishment").

13. In connection with the operation of the Establishment, Defendant TRNL, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

14. Defendant TRNL, LLC has a direct financial interest in the Establishment and the acts of copyright infringement complained of herein.

15. Defendant Brandon Pratt is a citizen of Iowa and is an owner and member of Defendant TRNL, LLC with responsibility for the operation and management of that LLC and the Establishment.

16. Defendant Brandon Pratt has the right and ability to supervise the activities of Defendant TRNL, LLC, including the acts of copyright infringement complained of herein, and has a direct financial interest in that LLC and the Establishment and the infringing activities complained of herein.

17. Defendant Joe Selix is a citizen of Iowa and is an owner and member of Defendant TRNL, LLC with responsibility for the operation and management of that LLC and the Establishment.

18. Defendant Joe Selix has the right and ability to supervise the activities of Defendant TRNL, LLC, including the acts of copyright infringement complained of herein, and has a direct financial interest in that LLC and the Establishment and the infringing activities complained of herein.

19. Defendant Lane Shewmaker is a citizen of Iowa and is an owner and member of Defendant TRNL, LLC with responsibility for the operation and management of that LLC and the Establishment.

20. Defendant Lane Shewmaker has the right and ability to supervise the activities of Defendant TRNL, LLC, including the acts of copyright infringement complained of herein, and has a direct financial interest in that LLC and the Establishment and the infringing activities complained of herein.

21. Defendant Brian J. Flynn is a citizen of Iowa and is an owner and member of Defendant TRNL, LLC with responsibility for the operation and management of that LLC and the Establishment.

22. Defendant Brian J. Flynn has the right and ability to supervise the activities of Defendant TRNL, LLC, including the acts of copyright infringement complained of herein, and has a direct financial interest in that LLC and the Establishment and the infringing activities complained of herein.

## CLAIMS OF COPYRIGHT INFRINGEMENT

23. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 22.

24. Since at least May 2023, BMI has reached out to Defendants over 120 times, by phone, mail, and email, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI Repertoire.  Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

25. Plaintiffs allege five (5) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts.  Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

26. Annexed to this Complaint as Exhibit A is a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants.  The Schedule contains information on the five (5) claims of copyright infringement at issue in this action.  Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

27. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

28. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

29. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2.  For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

30. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so.  Thus, Defendants have committed copyright infringement.

31. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage.  By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement.  Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: July 30, 2024                    Respectfully submitted,

                                                          */s/ Jeffrey D. Harty*
                                                         Jeffrey D. Harty
                                                         NYEMASTER GOODE, P.C.
                                                         700 Walnut Street, Suite 1300
                                                         Des Moines, Iowa 50309
                                                         T: (515) 283-8038
                                                         F: (515) 283-3108
                                                         E: jharty@nyemaster.com

                                                        **ATTORNEY FOR PLAINTIFFS**